## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AFFORDABLE AERIAL

PHOTOGRAPHY, INC.,

    Plaintiff,

v.                                                              Case No. 8:21-cv-1668-MSS-AAS

BLUBIRD MARKETING LLC and

LAUREN MABRA,

    Defendants.

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants Blubird Marketing LLC and Lauren Mabra (singularly, a "Defendant", together, the "Defendants"), by and through their attorneys, hereby answers and respond to the allegations in the Complaint filed by Plaintiff Affordable Aerial Photography, Inc. (the "Plaintiff") on July 9, 2021 (the "Complaint") in the above action as follows:

### The Parties

1.     Defendants deny knowledge or information sufficient to form a belief about the allegation contained in paragraph 1 of the Complaint.

2.     Defendants admit the allegations contained in paragraph 2 of the Complaint.

3.     Defendants admit the allegations contained in paragraph 3 of the Complaint.

## Jurisdiction and Venue

4.     Defendants state that the allegations contained in paragraph 4 of the Complaint set forth legal conclusions to which no response is required, but to the extent a response may be deemed required, admits that the Complaint purports to set forth claims for Copyright infringement under the Copyright Act. Defendant refers all questions of law to this Honorable Court.

5.     Defendant states that the allegations contained in paragraph 5 of the Complaint set forth legal conclusions to which no response is required, but to the extent a response may be deemed required, admits that Defendants conduct business in the state of Florida. Defendants refer all questions of law to this Honorable Court.

6.     Defendant states that the allegations contained in paragraph 6 of the Complaint set forth legal conclusions to which no response is required. Defendants refer all questions of law to this Honorable Court.

## Facts

7.      Defendants deny knowledge or information sufficient to form a belief about the allegation contained in paragraph 7 of the Complaint.

8.      Defendants deny knowledge or information sufficient to form a belief about the allegation contained in paragraph 8 of the Complaint.

9.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint.

10.      Defendants deny knowledge or information sufficient to form a belief about the allegation contained in paragraph 10 of the Complaint.

11.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and refers to the website referenced for the true contents thereof.

12.      Defendants deny knowledge or information sufficient to form a belief about the allegation contained in paragraph 12 of the Complaint.

13.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint.

## The Work at Issue in this Lawsuit

14.      Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint.

15.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and refers to the photograph referenced for the true contents thereof.

16.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and refers to the exhibit referenced for the true contents thereof.

17.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint.

## Defendants' Unlawful Activities

18.     Defendants admit in part and deny in part the allegations contained in paragraph 18 of the Complaint. Defendants admit that Blubird Marketing LLC is located in Pinellas County, FL, but deny all remaining allegations contained in paragraph 18.

19.     Defendants deny the allegations contained in paragraph 19 of the Complaint.

20.     Defendants deny the allegations contained in paragraph 20 of the Complaint.

21.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint.

4

22.     Defendants deny the allegations contained in paragraph 22 of the Complaint.

23.     Defendants deny the allegations contained in paragraph 23 of the Complaint.

24.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint.

25.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint.

## COUNT I – COPYRIGHT INFRINGEMENT

### (Blubird)

26.     Defendants deny the allegations contained in paragraph 26 of the Complaint and repeats and incorporates the answers and allegations set forth at paragraphs 1 through 25 above as if fully set forth herein.

27.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

28.     Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint.

29.     Defendants deny the allegations contained in paragraph 29 of the Complaint.

30.     Defendants deny the allegations contained in paragraph 30 of the Complaint.

31.     Defendants deny the allegations contained in paragraph 31 of the Complaint.

32.     Defendants deny the allegations contained in paragraph 32 of the Complaint.

33.     Defendants deny the allegations contained in paragraph 33 of the Complaint.

34.     Defendants deny the allegations contained in paragraph 34 of the Complaint.

35.     Defendants deny the allegations contained in paragraph 35 of the Complaint.

36.     Defendants deny the allegations contained in paragraph 36 of the Complaint.

37.     Defendants deny the allegations contained in paragraph 37 of the Complaint.

## Prayer for Relief

The Prayer for Relief requires no response. To the extent any response is deemed required, Defendant denies that Plaintiff should be granted any of the relief

requested in paragraphs 37(a) through 37(g) in the Complaint's Count I - Prayer for Relief.

## COUNT II – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

### (All Defendants)

38.     Defendants deny the allegations contained in paragraph 38 of the Complaint and repeats and incorporates the answers and allegations set forth at paragraphs 1 through 37 above as if fully set forth herein.

39.     Defendants deny the allegations contained in paragraph 39 of the Complaint.

40.     Defendants deny the allegations contained in paragraph 40 of the Complaint.

41.     Defendants deny the allegations contained in paragraph 41 of the Complaint.

42.     Defendants deny the allegations contained in paragraph 42 of the Complaint.

43.     Defendants deny the allegations contained in paragraph 43 of the Complaint.

44.     Defendants deny the allegations contained in paragraph 44 of the Complaint.

**Prayer for Relief**

The Prayer for Relief requires no response. To the extent any response is deemed required, Defendant denies that Plaintiff should be granted any of the relief requested in paragraphs 44(h) through 44(n) in the Complaint's Count I - Prayer for Relief.

**COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT**

**(Mabra)**

45.     Defendants deny the allegations contained in paragraph 45 of the Complaint and repeats and incorporates the answers and allegations set forth at paragraphs 1 through 44 above as if fully set forth herein.

46.     Defendants deny the allegations contained in paragraph 46 of the Complaint.

47.     Defendants deny the allegations contained in paragraph 47 of the Complaint.

48.     Defendants deny the allegations contained in paragraph 48 of the Complaint.

49.     Defendants deny the allegations contained in paragraph 49 of the Complaint.

## <u>Prayer for Relief</u>

The Prayer for Relief requires no response. To the extent any response is deemed required, Defendant denies that Plaintiff should be granted any of the relief requested in paragraphs 49(a) through 49(e) in the Complaint's Count I - Prayer for Relief.

## <u>FIRST AFFIRMATIVE DEFENSE</u>

### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted.

## <u>SECOND AFFIRMATIVE DEFENSE</u>

### (Laches, Waiver, Estoppel, Acquiescence, Unclean Hands, Statute of Limitations)

Plaintiff's claims are barred in whole or in part under principles of equity, including without limitation, laches, waiver, estoppel, acquiescence, unclean hands, and statute of limitations.

## <u>THIRD AFFIRMATIVE DEFENSE</u>

### (No Statutory Damages or Attorney's Fees)

On information and belief, Plaintiff failed to register the work alleged in the complaint for copyright within three months from first publication, and Plaintiff may therefore not recover statutory damages or attorney's fees for Defendant's alleged infringement of that work.

## FOURTH AFFIRMATIVE DEFENSE

### (Innocent Infringement)

Plaintiff's claims are barred, or its remedies limited, because Defendants alleged use of the work at issue was made with innocent intent and without any belief that any of its acts constituted an infringement or violation.

## FIFTH AFFIRMATIVE DEFENSE

### (No Damages)

Plaintiff has not suffered any injury or damages that are the result or proximate result of any act, affirmative or otherwise, allegedly committed by Defendants, and therefore the relief sought by Plaintiff cannot be granted.

## SIXTH AFFIRMATIVE DEFENSE

### (Fair Use)

Any such use as Plaintiff claims was made of Plaintiff's work would be non-actionable as fair use under Section 107 of the Copyright Act, 17 U.S.C. § 107.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Bad Faith)

The Complaint fails because Defendants have conducted themselves at all times in good faith, with a reasonable belief that their actions did not constitute a violation or infringement of any other person or entity's rights.

## RESERVATION OF RIGHT TO AMEND

To the extent Defendants may have other separate and/or additional defenses of which it is not aware, Defendants reserve the right to assert them by amendment to this Answer as discovery continues.

## JURY DEMAND

Defendants demand a trial by jury.

**WHEREFORE**, Defendants respectfully requests that the Complaint asserted against it be dismissed in its entirety and all relief requested therein be denied, and that the Court award Defendants such further relief as the Court deems just and proper.

Dated: December 6, 2021

Respectfully submitted,

*/s/Michael Hayes*

Michael Hayes, Esq.
michael@pandevlaw.com

Granison Eader, Esq. (*Pro Hac Vice Forthcoming*)
ted@conwayeader.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below via transmission of Notices of Electronic Filing generated by the CM/ECF.

**Daniel DeSouza**
Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
(877) 437-6228
Email: dan@copycatlegal.com

*/s/ Michael Hayes*

Michael Hayes, Esq.
michael@pandevlaw.com